## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| HILARY B. MILLER-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-00272-MTS |
| | ) | |
| JOHN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Section 1915 of Title 28 of the United States Code provides when this Court may authorize the commencement of an appeal by a litigant who is unable to prepay a filing fee.  28 U.S.C. § 1915.  The statute requires that the litigant file an affidavit that, among other things, must "state the nature of the . . . appeal" and the litigant's "belief that [he or she] is entitled to redress." § 1915(a)(1).  Here, while Plaintiff filed his affidavit establishing his assets and financial status, he failed to inform the Court of the nature of his appeal.  Though the form affidavit included a space for Plaintiff to write about the "nature of [his] appeal" and "the issues" on appeal, he failed to provide that information.  *See* Doc. [95] at 2.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Hilary B. Miller-Bey's Motion for Leave to Appeal in Forma Pauperis, Doc. [95], is **DENIED**.

Dated this 28th day of July 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] Besides this shortcoming itself violating the statute, it also leaves the Court unable to determine whether Plaintiff's appeal is taken in good faith.  *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); *see also, e.g.*, *Johnson v. Griffith*, 4:17-cv-2900-MTS (E.D. Mo. Jan. 28, 2022).